RECEIVED
APR 13 2023
BY MAIL

United States District Court
Eastern District of Missouri
Eastern Division

Alexander Howell )
)
v. ) Civil action no. _____
Rachel Gettinger ) request jury by trial yes ☒ NO ☐
)
)
)

## Civil Complaint

**I. Jurisdiction & Venue**

1. This civil action is authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The Eastern District of Missouri, is an appropriate venue under 28 U.S.C. Section 1391(b)(2), because it is where the events giving rise to this claim occurred.

**II. Plaintiffs**

3. Plaintiff, Alexander Howell, is and was at all times mentioned herein a prisoner of the State of Missouri in the custody of Missouri Department of Corrections. As an identified trans-woman, she is currently confined in Potosi Correctional Center (for males), in Mineral Point, Missouri.

## III. Defendants

4. Defendant, Rachel Gettinger is the Correctional Casemanager in Petosi Correctional Center for housing unit 1 and the infirmary. She is legally responsible for the social work that involves the prisoners within the housing unit 1 and infirmary. She is being sued in both official and individual capacity.

## IV. Facts

5. On March 23, 2023 correctional casemanager Rachel Gettinger conducted a housing unit "round".

6. After speaking with me of my concerns (cell 1B-17), she moved on to the next cell. That offender is Nicholas Ingram #1268339, located in cell 1B-18.

7. While speaking to this offender, she denied him the right to an irr for denial to be accepted into the transgender committee.

8. She then relayed to Ingram that "we know you and Howell are up to something, &He thinks hes smarter than us. He just got reapproved to the transgender comittee in ~~December~~ November.

9. He then again requested for an irr.

10. She then responded, "no y'all on some bullshit. We know you trynna get the items to sell to him-her. How much is she paying you for it?"

11. Nicholas responded "I don't know what you talking about."

12. At this point in time she moved on to the next cell 1B-19, Savontea Jones.

13. Later that day a bunch of offenders and I got into a debate.

14. Prisoner Ingram and I cursed eachother about being gay as an a'll around topic.

15. At some point he told me what I assumed I heard stating "Ms. Gettinger said you was just reapproved for the transgender committee in November. Aye ~~Trey~~-5 did she or did she not?"

16. Offender Javontea Jones, aka Trey-5, in cell 1B-19 responded saying, "yop."

17. Ingram then replied by saying, "Right. Fake ass transgender."

18. Right afterwards I continued to try to defend myself telling them she was lying and that there was a reason for the "reapproval that ocurred in January 2023 due to the switching of companies from Corizon to Centurion."

19. Multiple offenders began calling me a "Fake ass Fag" and a "boy."

20. Thoughts of self castration of the penile area occurred. It also exacerbated my depression and mood swings.

21. An IRR was filed.

## VI. Legal Claims

22. Rachel Gettinger violated the eighth amendment and fourteenth amendment by disclosure to another offender the medical confidentiality status of the hormonal therapy that cause hostility and intolerance from others.

23. Rachel Gettinger discussed confidential information in front of other offenders alledged a privacy violation of the fourteenth amendment.

## V. Prayer for Relief

Wherefore, Plaintiff respectfully pray that this court enter judgment,

24. Granting plaintiff Howell a declaration that the acts and omissions described herein violate her rights under the Constitution and laws of the United States, and,

25. A preliminary and permanent injunction ordering defendant Gettinger to cease discussion of confidential information with inappropriate personnel and offenders.

26. Granting Plaintiff Howell compensatory damages in the amount of $25,000.

27. Granting Plaintiff Howell nominal and punitive damages in the amount of $10,000.

28. Plaintiff seeks a jury trial on all issues triable by jury.

29. Plaintiff also seek recovery of costs in this suit, and Any additional relief this court finds just, proper, and equitable.

Dated:

Respectfully submitted, Alexander Howell
#1364452
Petosi Correctional Center
11593 State Highway O
Mineral Point, MO

Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Mineral Point, Missouri on

_____
Alexander Howell

Injuries

sustained was exacerbation in depression, insomnia, and intentional infliction of emotional distress, and self hatred

Filing (Exhaustion of Remedies)

- done in Potosi Correctional Center
- covered the claims of violating the 14th and 8th amendments and the hippa law
- IRR/grievance filed
- irr denied

Cases

- no cases dismissed under "three strikes rule"
- have filed in state courts before:
    4:22-CV-00218-RLW
    US District Courts
    Eastern District of mo
    Judge Ronnie L. White