RECEIVED
APR 13 2023
BY MAIL

United States District Courts
Eastern District Of Missouri
Eastern Division

Alexander Howell

Vs

Rachel Gettinger

Civil Action no: _____

## Declaration Of Nicholas Ingram

Nicholas Ingram Declares:

I have been Incarcerated at Potosi Correctional Center Since May-2021. Since the 2nd Week Of march 2023 I have been housed In housing Unit #1B. I am Currently in Cell 1b#18 Alexander Howell has been In cell 1b#17 Several Days before my residents in Cell 1b#18

In march-23-23 CCMII Rachel Gettinger made a round

After Speaking with Howell She came to my door to speak to me

I Made a request to be admitted to the transgender Committi

CCMII Gettinger told me "no, We know what yall doing. Howell thinks She-He smarter than US trying to buy Affirmative gender Iteams from you She was just reapproved for transgender Committie in November. How much Is She paying you?

I replied I dont know what your talking about Then requested a IRR

CCMII Gettinger denied me the IRR Saying No you on bullshit then walked away from my door

Later that day Howell and I broke out In a small dispute over a gay topic and I disclo to her how CCMII Gettinger said She was reapproved for the transgender Committi in Nov.

Howell Continued at the attempt to defend herself and Inform that was a partical lie

And then I asked Offender Javontea Jones, aka trey 5, did he hear her and he said yes.

I and Other Offenders Called Howell names untill eventually She was pulled Out her Cell to talk to the Sergant and Nurse

We did make Up

I declare under the penalty of prejury that the foregoing Is true and Correct Exceuted mineral point, Missouri on march 2023

_Nicholas Ingram_
Nicholas L. Ingram

_[signature]_
Exhibit

Executed in mineral Point, mo on April ___, 2023

RACHEL BURNS
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES NOVEMBER 25, 2023
WASHINGTON COUNTY
COMMISSION #19640894

4-3-23