Alexander Howell
11597 State Highway O
Mineral Point, MO 63660



SAINT LOUIS MO  630
11 APR 2023   PM 4   L

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.

U.S. District Courthouse
111 S. Tenth Street
St. Louis, MO 63102

RECEIVED
APR 1 3 2023
BY MAIL

MAILED FROM
POTOSI CORRECTIONAL CENTER

63102-112599