RECEIVED
MAY 03 2023
BY MAIL

United States District Court
Eastern District of Missouri
Eastern Division

Howell, Alexander 1367452  )
)
)
)
vs.           )   Civil action no: 4:23-cv-00464-CDP
)
Gettinger, Rachel   )
)

## Motion to Preliminary Injunction & Temporary Restraining Order

Upon the complaint, the supporting affadavits of plaintiff, and the memorandum of law herewith, it is:

Ordered that defendant Rachel Gettinger show cause in room _____ of the United States Courthouse, 111 S. Tenth Street, Saint Louis, Missouri 63102 on the ___ day of _____, 20___ at _____ o'clock, why a preliminary injunction should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them, from discussing confidential information with any unauthorized personnel, from retaliating against the plaintiff and plaintiffs witness, Nicholas Ingram, and have authority as the investigator in the IRR process & the capability to be the respondent to give disciplinary sanctions on conduct violations.

IT IS FURTHER Ordered that effective immediately and pending the hearing and determination of this order to show cause, the defendant, Rachel Gettinger and each of their officers, agents, employers, and all persons acting in concert or participation with them, are restrained from being the respondent to give disciplinary sanctions on conduct violations and being the investigator for the ~~defendant~~ plaintiff Alexander Howell and witness Nicholas Ingram.

IT IS FURTHER ORDERED that the order to show cause, and all other papers attached to this application, be served on the aforesaid Plaintiff by _____.

_____

judge signature

_____

date

United states District judge

United States of America District Court
Eastern District of Missouri
Eastern Division

Howell, Alexander

vs.  civil action no.: 4:23-cv-00464-CDP

Gettinger, Rachel

## Declaration of Plaintiff Alexander Howell

Alexander Howell hereby declares:

I have been incarcerated at POTOSI CORRECTIONAL CENTER since July of 2022. Since February 8th, 2023 I have been housed in 1 house, B wing. I am currently in cell 203.

On March 23rd, 2023, correctional programming specialist (caseworker) Rachel Gettinger informed another offender (Nicholas Ingram is the offender) of my personal transgender status without the departments or my consent.

This was over heard by the offender next to Ingram (Javontea Jones) when he was in 19 cell. Ingram is in 18 cell and I am in 17 cell.

Later that night after she left, I was humiliated, taunted, and teased. I was called a "fake ass transgender" and more by Nicholas Ingram and other offenders.

Nicholas Ingram apologized and made up to me. All other offenders continued to mimick, mock, and tease me for multiple days and still do.

On March 22, 2023 Nicholas Ingram was admitted to the transgender committee.

He was denied gender affirming items for refusing to ask questions regarding his sexual life and not preference or gender.

On March 23, 2023 Ingram was denied an irr and grievance to file against the committee by Rachel Gettinger.

Later this day (on the 23rd), Rachel Gettinger passed out canteen and stated it was a scheme for him (Ingram's) to join the transgender committee just to sell me gender affirming items.

Around March 29, I filed an irr claiming she (Rachel Gettinger) was telling confidential information about me to inmates, breaking the hippa law and my constitutional right.

On April 19, Rachel Gettinger retaliated by writing a frivolous conduct violation on my witness after I filed an irr. My irr included his name and a detailed description of the argument. His violation revealed she questioned him revealing my business. Please see attached.

I declare under penalty of perjury that the foregoing is true and correct. Executed at POTOSI, MO on April 26, 2023.

United States of America
Eastern District of Missouri
Eastern Division

Howell, Alexander

vs.    civil action no. 4:23-cv-00464-CDP

Getsinger, Rachel

Declaration of Nicholas Ingram

Nicholas Ingram hereby declares:

I have been incarcerated at POTOSI Correctional Center since 20__. I have been in 1 house, b-wing since March 2023. I am currently in cell 18. Alexander Howell is currently in cell 17.

Around March 29, 2023 Howell filed an IRR claiming Rachel Getsinger disclosed personal information to me and was taunted.

I apologized and made up with Howell. The other offenders didn't apologize and continued to harass Howell.

After about 20-30 days on April 19, 2023, I was read a violation for "lying to the transgender committee about my sexuality, gender preference, and reason to try and join the committee."

I was then informed I was no longer a member of the transgender committee

Due to her informing me of Howells status of being reapproved in the transgender committee, and denial of gender affirming care items, it gave me ammunition to use against her when I got upset and now it's have mental and emotional affects on her.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Potosi, MO on April 26, 2023.

your signature
_____